IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-286-1H
No. 5:18-CV-247-H

ANTONIO RODRIGUEZ CROSS,            )
                                    )
          Petitioner,               )
                                    )
     v.                             )          **ORDER**
                                    )
UNITED STATES OF AMERICA,           )
                                    )
          Respondent.               )

This matter is before the court on petitioner's motion to vacate, pursuant to 28 U.S.C. § 2255, filed on May 21, 2018. [DE #44]. On July 30, 2018, the clerk returned a copy of petitioner's motion to him as it was unsigned and requested that he return the signed document as soon as possible. [DE #45]. Petitioner has not returned the signed motion or made any other filings in this matter. Petitioner is hereby ORDERED to file a signed motion to vacate within forty-five (45) days of the entry of this order. Failure to comply with the court's order will result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

As a courtesy, the clerk is directed to send a copy of petitioner's motion to petitioner along with this order.

This 27th day of May 2020.

                                                    _____
                                                    MALCOLM J. HOWARD
                                                    Senior United States District Judge

At Greenville, NC
#35